## Commonwealth *v.* Peden, Appellant.

Submitted March 19, 1974. *Martin Stanshine* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Bonnie Brigance Leadbetter* and *David Richman*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.